NANCY STEFFEN RAHMEYER, and DON E. BURRELL, JJ., concur.

■

**Justin R. BENNETT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 76617**

Missouri Court of Appeals,
Western District.

ORDER FILED: November 12, 2014

Frederick J. Ernst and Damien de Loyola, Assistant Appellate Defenders, Kansas City, MO, Attorneys for Appellant.

Chris Koster, Attorney General, Jennifer A. Rodewald, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division II: Victor C. Howard, Presiding Judge, and Mark D. Pfeiffer and Gary D. Witt, Judges

### Order

Per Curiam:

Justin Bennett appeals the judgment of the Circuit Court of Jackson County, Missouri, denying, after an evidentiary hearing, his motion for post-conviction relief pursuant to Rule 29.15. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).